cuit Court of Appeals for the Second Circuit denied. *Mr. Martin Carey* and *Mr. Daniel J. Kenefick* for petitioner. *The Attorney General, Mr. Assistant to the Attorney General Kenyon, Mr. L. Wallace Dempsey* and *Mr. Barton Corneau* for respondent.

---

No. 782. NATIONAL SURETY COMPANY, PETITIONER, *v.* KANSAS CITY HYDRAULIC PRESS BRICK COMPANY. December 12, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Frank Hagerman* for petitioner. *Mr. James S. Botsford* for respondent.

---

No. 810. ROLAND F. QUILLIN, CLAIMANT, ETC., PETITIONER, *v.* ATLANTIC MUTUAL INSURANCE COMPANY. December 12, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Horace L. Cheyney* for petitioner. *Mr. Edwin L. Baylies* for respondent.

---

## CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM OCTOBER 10 TO DECEMBER 18, 1910.

No. 129. THE UNITED STATES, PLAINTIFF IN ERROR, *v.* GEORGE F. LAMSON. In error to the Circuit Court of the United States for the District of Rhode Island. October 11, 1910. Dismissed, on motion of *Mr. Attorney General Wickersham* for the plaintiff in error. *The Attorney General* for plaintiff in error. *Mr. Walter H. Barney,*

*Mr. Thomas Z. Lee* and *Mr. Francis I. McCanna* for defendant in error.

---

No. 292. THE UNITED STATES, PLAINTIFF IN ERROR, *v.* JAMES DURIE. In error to the District Court of the United States for the Eastern District of Pennsylvania. October 11, 1910. Dismissed, on motion of *Mr. Attorney General Wickersham* for plaintiff in error. *The Attorney General* for plaintiff in error. *Mr. Francis S. Laws* for defendant in error.

---

No. 293. THE UNITED STATES, PLAINTIFF IN ERROR, *v.* JAMES STOTT. In error to the District Court of the United States for the Eastern District of Pennsylvania. October 11, 1910. Dismissed, on motion of *Mr. Attorney General Wickersham* for the plaintiff in error. *The Attorney General* for plaintiff in error. *Mr. J. Parker Kirlin* and *Mr. John M. Woolsey* for defendant in error.

---

No. 353. THE UNITED STATES, PLAINTIFF IN ERROR, *v.* HUGH E. MONSON. In error to the District Court of the United States for the District of Colorado. October 11, 1910. Dismissed, on motion of *Mr. Attorney General Wickersham* for the plaintiff in error. *The Attorney General* for plaintiff in error. *Mr. Edwin H. Park* for defendant in error.

---

No. 354. THE UNITED STATES, PLAINTIFF IN ERROR, *v.* LUIGI CAFARELLI. In error to the District Court of the United States for the District of Colorado. October 11,